IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| ADAM M. CLOKE : | |
| : | |
| Plaintiff(s) : | |
| : | Case Number: 1:03-cv-00783 |
| vs. : | |
| : | Senior District Judge S. Arthur Spiegel |
| WEST CLERMONT LOCAL SCHOOL : | |
| DISTRICT BOARD OF EDUCATION : | |
| : | |
| Defendant(s) : | |

JUDGMENT IN A CIVIL CASE

Decision by Court: This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

. . . the Court GRANTS Plaintiff's Motion for Instatement (doc. 40), ORDERS Defendant to immediately reinstate Plaintiff as a part-time custodian on its call list, ORDERS Defendant to INSTATE Plaintiff in the next full-time custodian position available, and ORDERS Defendant to GRANT Plaintiff the level of seniority he would have received had he been hired in April 2002. The Court further GRANTS Plaintiff's Motion for Award of Attorneys' Fees and Costs (doc. 41), AWARDS $60,908.25 in attorneys' fees through May 24, 2006, and AWARDS costs of $3,293.63.

6/29/06                                                                 James Bonini, Clerk


                                                                        s/Kevin Moser
                                                                        Kevin Moser
                                                                        Deputy Clerk