```
                   UNITED STATES DISTRICT COURT
                     SOUTHERN DISTRICT OF OHIO
                         WESTERN DIVISION
```

ADAM M. CLOKE,                  :        NO. 1:03-CV-00783
                                :
    Plaintiff,               :
                                :
  v.                            :        **OPINION AND ORDER**
                                :
WEST CLERMONT LOCAL SCHOOL      :
DISTRICT BOARD OF EDUCATION,    :
                                :
    Defendant.               :

       This matter is before the Court on Plaintiff's Second Motion for Attorney's Fees (doc. 46), to which Defendant filed no opposition.

       The Court issued an Order on June 29, 2006 granting Plaintiff his attorney's fees in this matter (doc. 44).  Counsel files the instant motion to recover the balance of fees not covered by the previous Order, primarily those associated with the filing of Plaintiff's Motion for Instatement, which the Court also granted (doc. 46).

       Plaintiff presently seeks $1408.00, and provides an itemized fee statement of hours expended in bringing this case to a close.  The Court previously determined that counsel's hourly rate is reasonable, and found that counsel served his client well.  Having reviewed this matter, the Court finds well-taken Plaintiff's Second Motion for Attorney's Fees (doc. 46).

Accordingly, the Court GRANTS Plaintiff's Second Motion for Attorney's Fees (doc. 46), and AWARDS $1408.00 in attorney's fees.

SO ORDERED.

Dated: August 29, 2006         /s/ S. Arthur Spiegel
                               S. Arthur Spiegel
                               United States Senior District Judge